UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRECIOUS OKEREKE,** <br><br> **Plaintiff,** <br><br> v. <br><br> **RYA W. ZOBEL,** <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18-mc-91280-IT |

ORDER
July 5, 2018

**TALWANI, D.J.**

Plaintiff Precious Okereke's request to file a Complaint is before the undersigned as the miscellaneous business docket judge pursuant to a Memorandum and Order requiring that:

> Plaintiff Precious Okereke is precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the written approval of the Miscellaneous Business Docket Judge of the United States District Court for the District of Massachusetts.

Okereke v. Boston Police Hackney Division, et. al., No. 11-cv-11626-RWZ, Memorandum and Order (Electronic Docket No. 8). That Memorandum and Order provides further that

> If plaintiff Precious Okereke undertakes to file additional papers in this Court, she shall file a written petition seeking leave of court to do so. The petition must contain a copy of [the Memorandum and Order], together with the papers sought to be filed, and a certification under oath that there is a good faith basis for her filing.

Id. Plaintiff has included a copy of the Memorandum and Order with her filing, but has not filed a written petition seeking leave of court or certified under oath that there is a good faith basis for her filing. Accordingly, to the extent the letter to the clerk is deemed a request for leave to file

the complaint, it is denied for failing to comply with the Memorandum and Order.

The court notes further that Plaintiff has presented no ground to allow initiation of this suit. Plaintiff's proposed Complaint seeks an order directing United States District Judge Zobel to withdraw her Memorandum and Order, and an award of compensatory and punitive damages. Any challenge to the Memorandum and Order should have been made through a timely appeal to the United States Court of Appeals for the First Circuit, and not in an untimely filing to another judge in the district court. Moreover, the proposed Complaint states no claim that would warrant the relief requested.

Accordingly, Plaintiff's motion is DENIED and this case is DISMISSED.

IT IS SO ORDERED.

Date: July 5, 2018                                              /s/ Indira Talwani
                                                                United States District Judge