# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **PRECIOUS OKEREKE,** | ) |
| **Plaintiff,** | ) |
|  | ) **Civil Action No. 18-mc-91280-IT** |
| v. | ) |
| **RYA W. ZOBEL,** | ) |
| **Defendant.** | ) |

ORDER

**TALWANI, D.J.**

Pending before this court is Plaintiff Precious Okereke's Motion for Leave to Appeal in Forma Pauperis [#7]. For the foregoing reasons, Plaintiff's motion is DENIED.

Pursuant to Federal Rules of Appellate Procedure Rule 24(a)(1), a party wishing to appeal in forma pauperis may file a motion in district court and attach an affidavit that demonstrates: (1) the party's inability to pay or give security for fees and costs as proscribed by Form 4 of the Appendix of Forms; (2) an entitlement to redress; and (3) the issues the party intends to present on appeal. Here, although Plaintiff has demonstrated her inability to pay, she has not demonstrated any entitlement to redress or indicated the grounds for her appeal. Accordingly, Plaintiff's motion must be DENIED.

IT IS SO ORDERED.

Date: August 1, 2018                                                            /s/ Indira Talwani
                                                                                                United States District Judge